nied. Petitioner is allowed until July 9, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 11–10489. In re Hill. Petition for writ of habeas corpus denied.

No. 11–9785. In re Parkhurst; and
No. 11–10236. In re Shields. Petitions for writs of mandamus denied.

No. 11–8976. Smith et al. v. United States. C. A. D. C. Cir. Motion of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question II presented by the petition.

No. 11–882. McCall v. United States. C. A. 9th Cir. Certiorari denied.

No. 11–1101. Timberridge Presbyterian Church, Inc., et al. v. Presbytery of Greater Atlanta, Inc. Sup. Ct. Ga. Certiorari denied.

No. 11–1119. Rui Yang v. Holder, Attorney General. C. A. 5th Cir. Certiorari denied.

No. 11–1135. Doe, By and Through His Parents Doe et al., et al. v. Lower Merion School District. C. A. 3d Cir. Certiorari denied.

No. 11–1173. Brown v. Calamos, Trustee of Calamos Convertible Opportunities and Income Fund, et al. C. A. 7th Cir. Certiorari denied.

No. 11–1219. Gjerde v. State Bar of California. Sup. Ct. Cal. Certiorari denied.

No. 11–1227. Snelling v. Haynes et al. C. A. 8th Cir. Certiorari denied.

No. 11–1228. Burnett v. Campbell (two judgments). Ct. App. Kan. Certiorari denied.